# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>  Anne M Harper,<br>                Debtor. | ) Case No. 21-20582 - E - 13<br>) Docket Control No. AP-1<br>) Document No. 15<br>) Date: 07/20/2021<br>) Time: 2:00 PM<br>) Dept: E |

### Order

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

    The Motion for Relief From the Automatic Stay filed by Wells Fargo Bank, N.A. having been presented to the court, the court having confirmed the Amended Chapter 13 Plan in this case, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

    **IT IS ORDERED** that the Motion is denied without prejudice.

Dated: July 21, 2021

By the Court

/s/ Ronald H. Sargis
Ronald H. Sargis, Judge
United States Bankruptcy Court